# IN THE UNITED STATES DISTRICT COURT FOR
# THE SOUTHERN DISTRICT OF WEST VIRGINIA

## HUNTINGTON DIVISION

AMY BROWN, individually and as
Administratrix of the Estate of
JAMES BRADY LEONARD, deceased,

        Plaintiff,

v.                                CIVIL ACTION NO.   3:18-1496

MASON COUNTY COMMISSION;
GALLIA COUNTY BOARD OF COMMISSIONERS;
POINT PLEASANT VOLUNTEER FIRE DEPARTMENT
ADAM BRYANT, individually and in his official capacity;
NANETTE ELLIOTT;
LISA TURNER; and
JOHN and JANE DOE or DOES,

        Defendants.

## MEMORANDUM OPINION AND ORDER

At the July 19, 2021 hearing, the Court asked counsel whether there was any evidence that Defendant Adam Bryant had knowledge of the downed powerlines at the scene of the collision. Defendants now seek leave to supplement the record with deposition testimony of Chanse Baird, who claims that he heard Bryant "making a fuss about the power lines -- -- being down." Baird Dep. 21:10-12. Because the supplemental evidence is responsive to the Court's question, the Court finds good cause to **GRANT** Defendants' motion (ECF No. 230).

The Clerk is **DIRECTED** to docket the exhibit attached to the motion (ECF No. 230-1), and to send a copy of this Order to counsel of record and any unrepresented parties.

ENTER: July 22, 2021

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE